IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PATRICK MONTEZ LEE,

    Petitioner,

v.       CASE NO. 1:13-cv-00216-MP-GRJ

SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 6, 2015. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The motion to dismiss, Doc. 10, is granted and the § 2254 petition is dismissed with prejudice. No certificate of appealability is appropriate in this case.

**DONE AND ORDERED** this  *26th* day of March, 2015

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge